UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATAN MALDONADO-SALGADO,<br><br>         Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>         Respondent. | Case No.  2:23-cv-02252-JDP (HC)<br><br>**ORDER**<br><br>SCREENING PETITION AND OFFERING LEAVE TO AMEND<br><br>GRANTING PETITIONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>ECF Nos. 1 & 5<br><br>RESPONSE DUE IN THIRTY DAYS |

  Petitioner, a federal prisoner, brings this action under section 2241 and alleges that the bureau of prisons has failed to apply earned time credits to which he is entitled. ECF No. 1. I have reviewed the petition and determined that it is incomplete. I will give petitioner leave to amend and will grant his application to proceed *in forma pauperis*. ECF No. 5.

  Petitioner argues that he is entitled to certain credits under the First Step Act. ECF No. 1 at 1. His argument section ends midsentence, however, and I cannot discern the specifics of his claims. *Id.* at 1-2. I will give him leave to amend to file a complete petition.

1

It is hereby ORDERED that:

1. Petitioner's application to proceed *in forma pauperis*, ECF No. 5, is GRANTED.
2. Petitioner may file a completed petition within thirty days of this order's entry. If he fails to do so, I will recommend that this action be dismissed.
3. The Clerk of Court is directed to send petitioner a section 2241 habeas form with this order.

IT IS SO ORDERED.

Dated:   December 19, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE